## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alberta A. Kreitzer,

        Plaintiff,                        Civil No. 08-183 (RHK/AJB)

vs.                               **DISQUALIFICATION AND**
                                  **ORDER FOR REASSIGNMENT**

Pfizer, Inc., Pharmacia Corporation,
G.D. Searle LLC, f/k/a G.D. Searle
& Co., Monsanto Company,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 22, 2008

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge